DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs
SUNTECH AMERICA, INC.,
SUNTECH POWER HOLDINGS CO., LTD.,
and WUXI SUNTECHPOWER CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH AMERICA, INC., a Delaware corporation; SUNTECH POWER HOLDINGS CO., LTD., and WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China, <br><br> Plaintiffs, <br><br> vs. <br><br> SUN TECH, INC., a California corporation d/b/a SUN TECH AUTO and SUNTECH AUTO, and YOUNG SUN SEO, an individual, <br><br> Defendants. | Case No. CV11-1707 MMM (RZx) <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, SUNTECH POWER HOLDINGS CO., LTD. states that it is the parent corporation for WUXI SUNTECH POWER CO., LTD. and SUNTECH

///
///
///
///

-1-

| | |
|---|---|
| 1 | AMERICA, INC.  SUNTECH POWER HOLDINGS CO., LTD. is a publicly |
| 2 | traded corporation. |
| 3 | DATED: February 25, 2011 |

DATED: February 25, 2011

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard
G. Warren Bleeker

Attorneys for Plaintiffs,

SUNTECH AMERICA, INC.,
SUNTECH POWER HOLDINGS CO.,
LTD., and WUXI SUNTECHPOWER
CO., LTD.

RG PAS945520.1-*-02/25/11 10:39 AM

CHRISTIE, PARKER & HALE, LLP